121 So.2d 733

**COLLECTOR OF REVENUE, State of Louisiana,**

v.

**Mr. and Mrs. Edwin F. WHITED.**

No. 45129.

June 29, 1960.

Chapman L. Sanford, Baton Rouge, for plaintiff-appellant.

Wilkinson, Lewis, Madison & Woods, Shreveport, for defendant-appellee.

HAWTHORNE, Justice.

For the reasons assigned in Collector of Revenue v. Frost, 240 La. 165, 121 So.2d 731, the motion to dismiss the appeal is denied.